**Order filed January 17, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-00947-CV**

_____

**VAN CUONG NGUYEN, Appellant**

**V.**

**KIM TRANG NGUYEN, Appellee**

**On Appeal from the 345th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-FM-12-006576**

## O R D E R

Appellant's brief was due January 9, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 8, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM